

May 22, 2019

**VIA ECF**

Honorable Robert M. Levy, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

  **Re:**   **Hudacek v. NE & WS Inc. et al**
       **No. 1:19-cv-01147-NGG-RML**

Dear Judge Levy:

Please be advised that we represent Plaintiff, Maxine Hudacek, in the above-named action. I write this letter to respectfully request a 45-day extension of time to serve Defendant Voytek Kuropatricki (who was incorrectly named), or whatever relief Your Honor deems necessary and appropriate.

To date, all other defendants have been served. On May 13, 2019, thru opposing counsel our office learned that Mr. "Kuropatricki's" actual last name is "Kuropatnicki." After diligent attempts to ascertain Mr. Kuropatnicki's address, we have been able to locate him. The proper party is "Wojciech Kuropatnicki." As a result, we respectfully request that Your Honor permit Plaintiff to amend the caption to name the proper party (rather than "Voytek Kuropatricki" the correct party name is "Wojciech Kuropatnicki").

Once the caption is correctly modified, we respectfully request a 45-day extension to serve Mr. Kuropatnicki at the address we have discovered through a public records search. Plaintiff's deadline to complete service is currently May 26, 2019. This is Plaintiff's first request for an extension of time to serve and this request will not prejudice/impact any deadlines as the other defendants have not yet responded to Plaintiff's complaint (by stipulation filed May 14, 2019 (Dkt No. 13) defendants' time to respond has been extended thru June 13, 2019). Alternatively, we respectfully request any other relief Your Honor deems appropriate and necessary.

Thank you for the Court's attention this matter.

Respectfully submitted,

DEREK SMITH LAW GROUP PLLC

/s/Zack Holzberg
Zack Holzberg

Cc:  Counsel for Defendants (via ECF)